IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**          **CRIMINAL NO. 3:05CR68-1**
        **(BROADWATER)**

**LAJUAN GORDON, et al,**

    **Defendants.**

### ORDER ADOPTING REPORT AND RECOMMENDATION

On this day the above styled case came before the Court for consideration of the Report and Recommendation of Magistrate Judge David J. Joel, dated December 21, 2005. The defendant did not file objections to the Report. After reviewing the above, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be and is hereby **ORDERED** adopted.

The Court further **ORDERS** that the defendant's Motion to Sever (Docket No. 153) be **DENIED** based on the reasons set forth in the Magistrate Judge's Report and Recommendation.

The Clerk is directed to transmit true copies of this Order to the petitioner and all counsel of record herein.

It is so **ORDERE**D.

**DATED** this **13th** day of February 2006.

W. Craig Broadwater
W. CRAIG BROADWATER
UNITED STATES DISTRICT JUDGE